**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**FILED**
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                       24-cr-1717-DHU-3

DAVID ALVARADO-NEVAREZ,

      Defendant.

## <u>ORDER</u>

THIS MATTER having come before the Court on the Unopposed Motion for Release (Doc. 153) of David Alvarado-Nevarez (Mr. Alvarado) and this Court being otherwise fully advised in the premises finds that the motion is well-taken and shall be granted. Therefore, it is hereby,

ORDERED that Mr. Alvarado's third-party custodianship be transferred to Four Winds Behavioral Health in Rio Rancho, New Mexico where he will reside, effective July 20, 2026.

FURTHER ORDERED that all other conditions of Mr. Alvarado's Release Order (Doc. 125) remain in full effect.

_____
JOHN F. ROBBENHAAR
UNITED STATES MAGISTRATE JUDGE